**IN the INTEREST OF: K.C., a Minor**

**Petition of: K.C., Father**

**No. 102 MAL 2017**

Supreme Court of Pennsylvania.

April 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Keith Lamont DRAIN, Petitioner**

**No. 513 WAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Elizabeth Mae FAIR, Petitioner**

**No. 462 WAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**